

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00201-CV

| | | |
|---|---|---|
| CALEB MOORE AND THE LAW FIRM OF CALEB MOORE, PLLC, Appellants | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2019-001471-3) |
| V. | | |
| | § | March 19, 2020 |
| ANSON FINANCIAL, INC., Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Anson Financial, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
　　　Justice Wade Birdwell